

**Fox Rothschild LLP**
ATTORNEYS AT LAW

101 Park Avenue, Suite 1700
New York, NY 10178
Tel 212.878.7900
Fax 212.692.0940
www.foxrothschild.com

SHIREEN NASIR
Direct Dial: 646-601-7635
Email Address:
SNasir@FoxRothschild.com

February 27, 2017

**VIA ECF**
Clerk of the Court
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Re: Strike 3 Holdings, LLC v. John Doe, E.D.N.Y. Case No. 1:18-cv-01149*

Dear Sir/Madam:

We represent Plaintiff Strike 3 Holdings, LLC in the above-referenced action.

This letter is a request for a refund of the filing fee ($400.00). On February 22, 2018, a Complaint was inadvertently filed twice on the electronic filing system. (Doc. 1 and Doc. 4). We have since contacted the NYED department for opening cases to have the second complaint Doc. #4 removed from the docket.

At this time, we respectfully request a refund of the filing fee of $400.00 to the credit card used in this transaction on February 22, 2018 for Doc. #4 receipt number 0207-10221172.

This application is approved. The attorney has made the following payments:
1:18-cv-01149-WFK-CLP     Nasir, Shireen
2018-02-22 13:07:47  Complaint(1:18-cv-01149) [cmp cmp] ( 400.00)CreditCard     0207-10221129     $ 400.00

1:18-cv-01149-WFK-CLP     Nasir, Shireen
2018-02-22 13:16:59  Complaint(1:18-cv-01149) [cmp cmp] ( 400.00)CreditCard     0207-10221172     $ 400.00.
Payment with receipt number 0207-10221172 should be refunded.

**APPROVED ON**

*03/01/2018*

DOUGLAS C. PALMER
CLERK OF COURT

*August Marziliano*
By: August Marziliano, Operations Manager

*Attorneys for Plaintiff*

A Pennsylvania Limited Liability Partnership

California   Colorado   Connecticut   Delaware   District of Columbia   Florida
Illinois   Minnesota   Nevada   New Jersey   New York   Pennsylvania   Texas